IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

FILED
OCT 10 2019
TIMOTHY M. O'BRIEN CLERK
By _____ Deputy

UNITED STATES OF AMERICA, )
)
Plaintiff, )
)
vs. ) Case No. 19-mj-08240-TJJ
)
TOMMY BENSON, )
COURTNEY SANDERS, )
CEDRIC SANDERS, AND )
VERDELL MAYS, JR., )
)
Defendants. )

## CRIMINAL COMPLAINT

I, Brian Granger, am a Special Agent with the Bureau of Alcohol, Tobacco, Firearms, and Explosives (ATF), a component of the U.S. Department of Justice, having been so employed since November 15, 2015. I am currently assigned to ATF Kansas City Group I, and charged with investigating violations of Federal Firearms, Explosives, and Arson Laws. I have successfully completed the Criminal Investigator Training Program and the ATF Special Agent Basic Training at the Federal Law Enforcement Training Center in Glynco, Georgia. Immediately prior to that, I was employed as a police officer with the City of Olathe, Kansas Police Department for approximately 10 years where I was temporarily assigned to the United States Drug Enforcement Administration as well as a member of the Tactical Support Unit where I served numerous high-risk narcotics search warrants. I also have worked as an agent with the United States Border Patrol where I was involved in investigations and arrests of narcotic traffickers. I also worked for the United States Department of Homeland Security as a Federal Air Marshal.

1

I have received specialized training in narcotics and firearms related investigations and instruction pertaining to the laws of search and seizure, and have been involved in numerous investigations related to the possession of firearms by prohibited persons throughout my law enforcement career. I am familiar with the enforcement of Federal firearms laws as well as the enforcement of Federal narcotics laws. My training and experience has involved, among other things, (a) the debriefing of defendants, witnesses, informants, as well as others who have knowledge of the distribution and transportation of controlled substances and / or the illegal acquisition and distribution of firearms, and the laundering and concealment of proceeds of firearms trafficking/ drug trafficking; (b) surveillance; and the analysis of documentary and physical evidence. Based on my training and experience as an investigator, I have become familiar with the manner in which firearms traffickers and narcotics traffickers conduct their firearms and narcotics related business, including the methods employed by narcotics dealers to import and distribute narcotics, the manner in which firearms are exported and / or transported illegally, the methods in which individuals collect and launder firearm and narcotic proceeds, and other aspects of firearms and narcotics trafficking. These methods include, but are not limited to the use of wireless communication technology (such as cellular phones), the utilization of computers, electronic mail, counter-surveillance, false or fictitious identities, and the use of coded communications in an attempt to avoid detection by law enforcement. I have been personally involved in numerous investigations involving the unlawful possession of firearms and the possession, manufacture, and distribution of controlled substances, including cocaine, methamphetamine, marijuana, and heroin.

Being duly sworn, I declare and state the following is true and correct to the best of my

2

knowledge and belief:

## COUNT 1

On or about September 26, 2017, in the District of Kansas, the defendant,

**TOMMY BENSON,**

knowingly, intentionally, and unlawfully possessed a firearm, to wit: a Mini Draco, 7.62 x 39mm AK-Pistol, bearing serial number PMD01800-14RO, in furtherance of a drug trafficking crime for which he may be prosecuted in a court of the United States, that is, possession with intent to distribute marijuana, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(D).

This was done in violation of Title 18, United States Code, Sections 924(c) and 2.

## COUNT 2

On or about September 26, 2017, in the District of Kansas, the defendant,

**COURTNEY SANDERS,**

knowingly, intentionally, and unlawfully possessed a firearm, to wit: a Glock, model 29, 10mm pistol, bearing serial number BBGP700, in furtherance of a drug trafficking crime for which he may be prosecuted in a court of the United States, that is, possession with intent to distribute marijuana, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(D).

This was done in violation of Title 18, United States Code, Sections 924(c) and 2.

## COUNT 3

On or about September 26, 2017, in the District of Kansas, the defendant,

**CEDRIC SANDERS,**

knowingly, intentionally, and unlawfully possessed a firearm, to wit: a Glock, model 30, .45

caliber pistol, bearing serial number MVY589, in furtherance of a drug trafficking crime for which he may be prosecuted in a court of the United States, that is, possession with intent to distribute marijuana, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(D).

This was done in violation of Title 18, United States Code, Sections 924(c) and 2.

### COUNT 4

On or about September 26, 2017, in the District of Kansas, the defendant,

**VERDELL MAYS, JR.,**

knowingly, intentionally, and unlawfully possessed a firearm, to wit: a Aero Precision LLC, model X15, .223 caliber pistol, bearing serial number AR96985, in furtherance of a drug trafficking crime for which he may be prosecuted in a court of the United States, that is, possession with intent to distribute marijuana, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(D).

This was done in violation of Title 18, United States Code, Sections 924(c) and 2.

### COUNT 5

On or about September 26, 2017, in the District of Kansas, the defendants,

**TOMMY BENSON,**
**COURTNEY SANDERS,**
**CEDRIC SANDERS, and**
**VERDELL MAYS, JR.,**

knowingly and intentionally possessed with intent to distribute a mixture and substance containing a detectable amount of marijuana, a controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1), and 841(b)(1)(D), and Title 18, United States Code, Section 2.

4

## STATEMENT OF FACTS

This complaint is based on the following facts, which are known to me as a result of my personal participation in this investigation, and from reports made to me by other members of law enforcement:

1. On September 26, 2017, an arrest warrant was served on Tommy Benson and Cedric Sanders at 8142 Perry Street, Apartment 90, Overland Park, Kansas. When the arrest warrant was served, Tommy Benson, Cedric Sanders, Courtney Sanders, and Verdell Mays, Jr. were located at the apartment.

2. After Benson, Courtney Sanders, Cedric Sanders, and Mays were taken into custody, a search warrant was obtained in Johnson County District Court for 8142 Perry, Apartment 90 in Overland Park, Kansas. The search warrant was executed on September 26, 2017. During the search of the residence numerous firearms were recovered throughout the residence including: a Mini Draco 7.62x39mm, AK-Pistol, serial number PMD01800-14RO; a Glock, Model 30, .45 caliber pistol, serial number MVY589; a Glock, Model 29, 10mm pistol, serial number BBGP700; a Areo Precision LLC, Model X15, .223 caliber pistol, serial number AR96985; a Glock, Model 23, .40 caliber pistol, serial number BAAH243; a Century Arms, 7.62 x 39mm AK-pistol, serial number C39P02583; a Zastava Serbia, Model 92PV 7.62x39mm AK-pistol, serial number M92PV052931; a Surplus Ammo and Arms, Model Low15, .300 Blackout caliber, AR-pistol, serial number SA17257; and a Micro Draco, 7.62x39mm, AK-pistol, serial number PMD02937-15RO.

3. Officers located approximately five (5) pounds of marijuana, digital scales, and plastic baggies throughout the residence. Based on my training and experience, marijuana of this

quantity is possessed for distribution and items such as digital scales and plastic baggies are used for the packaging and distribution of controlled substances. These items were visible and accessible to the apartment occupants Tommy Benson, Cedric Sanders, Courtney Sanders, and Verdell Mays, Jr. Law Enforcement also recovered $16,184 in United States Currency in a plastic bag in the kitchen. A black and blue backpack with containing a Glock, Model 31, .357 caliber pistol, serial number GAD261, with one round of ammunition in the chamber and 22 rounds in the magazine, one Glock magazine, with 15 rounds of ammunition, clear plastic baggies, and a Kansas Driver's License for Verdell Mays, Jr. was located in a bedroom room closet. Courtney Sanders Kansas ID card was also located on a shelf in the bedroom closet room with 10 rounds of .223 caliber ammunition, 23 rounds of .40 caliber ammunition, and 12 rounds of 7.62 ammunition. The marijuana was tested and determined to contain tetrahydrocannabinol.

4. Facebook and Instagram search warrants were obtained for Cedric Sanders, Tommy Benson and Courtney Sanders accounts. In reviewing the records for Cedric Sanders it showed he was conducting narcotics and firearms transactions via social media during the months of September and October of 2017 during the time of the search warrant at 8142 Perry Apartment 90, Overland Park, Kansas. A review of Courtney Sanders social media showed he was conducting narcotics transactions during September and October of 2017 during the time of the search warrant at 8142 Perry, Apartment 90 in Overland Park, Kansas. Tommy Benson had changed his social media accounts prior to the execution of the search.

5. As part of an ongoing investigation into the MOB street gang, ATF undercover agent started to purchase marijuana from Tommy Benson in November 2018. From November of 2018

until February 2019 the ATF undercover purchased approximately seven (7) pounds of marijuana from Benson. On November 9, 2018, Benson was driven to the narcotics transaction in a vehicle registered to Courtney Sanders. On January 4, 2019, Benson was driven to the narcotics transaction by Cedric Sanders and during the conversation with Benson he advised he would introduce the undercover agent to his brother for future deals and he pointed to Sanders inside the vehicle.

6. On February 6, 2019, Verdell Mays, Jr. was arrested by the Overland Park Police Department during a traffic stop for distribution of marijuana. During the stop approximately 89.60 grams of marijuana was seized. A cellular telephone belonging to Mays was located and a search warrant was obtained in Johnson County District Court. A search of the phone revealed Mays had been conducting narcotics transactions via text messaging on the device.

7. On September 24, 2019, a DNA lab report was received for DNA analysis performed on the firearms located during the search warrant conducted on September 26, 2017, at 8142 Perry, Apartment 90 in Overland Park, Kansas. The lab results established that the Mini Draco 7.62x39mm, AK-Pistol, Serial Number PMD01800-14RO, which was located in a grey backpack with one magazine with 28 rounds of ammunition, a digital scale, and $325 in United States Currency had evidence of Tommy Benson's DNA profile on it. The lab results established that the Glock, Model 30, .45 caliber pistol, serial number MVY589, which was located in a black gym style bag had evidence of Cedric Sanders' DNA profile on it. The lab results established that the Aero Precision LLC, Model X15, .223 caliber pistol, serial number AR96985, which was located in a black gym style bag had evidence of Verdell Mays, Jr's DNA profile on it. The lab results established that the Glock, Model 29, 10mm

pistol, serial number BBGP700, which was located in a black gym style bag had evidence of Courtney Sanders' DNA profile on it. The location of the weapons described herein in relation to distribution quantities of marijuana, as well as scales, packaging materials, and U.S. currency establishes probable cause to believe that the firearms described herein were possessed in furtherance of a drug trafficking crime for which the defendants may be prosecuted in a court of the United States, possession with intent to distribute marijuana.

The foregoing is true and correct to the best of my information and belief.

Brian Granger
Special Agent ATF

Sworn to before me and subscribed in my presence this 10TH day of October 2019, at Kansas City, Kansas.

HONORABLE TERESA J. JAMES
United States Magistrate Judge
District of Kansas

8

## PENALTIES

**Counts 1-4:**
**Possession of a firearm in furtherance of a drug trafficking crime, 18 U.S.C. §§ 924(c) and 2**

- NLT 5 years NMT life imprisonment consecutive to any other sentence imposed,
- NMT 5 years supervised release;
- NMT a $250,000 fine;
- Forfeiture Allegation, and
- $100.00 special assessment fee.

If the defendant has previously been convicted and sentenced for a § 924(c) offense the penalties are:

- NLT 25 years NMT life imprisonment consecutive to any other sentence imposed,
- NMT 5 years supervised release;
- NMT a $250,000 fine;
- Forfeiture Allegation, and
- $100.00 special assessment fee.

**Count 5:**
**Possession with Intent to Distribute of marijuana, 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(D); 18 U.S.C. § 2.**

- NMT 5 years imprisonment;
- NMT $250,000.00 fine;
- NLT 2 years supervised release;
- Forfeiture allegation; and
- $100.00 special assessment fee.

If the defendant has a prior conviction for a felony drug offense the penalties are:
- NMT 10 years imprisonment;
- NMT $500,000.00 fine;
- NLT 4 years supervised release;
- Forfeiture allegation; and
- $100.00 special assessment fee.

9